# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2022 WY 141

*October Term, A.D. 2022*

November 9, 2022

SHANE JAY WILLIAMS,

**Appellant**
**(Defendant),**

**v.**

**THE STATE OF WYOMING,**

**Appellee**
**(Plaintiff).**

S-22-0185, S-22-0186,
S-22-0187, S-22-0188

### ORDER OF AFFIRMANCE

[¶1]    **This matter** came before the Court upon its own motion following receipt of Appellant's Appeal brief letter, which was filed October 24, 2022, in docket S-22-0185. Pursuant to a plea agreement, the district court resolved the cases that give rise to the captioned appeals. In S-22-0185 and S-22-0186, Appellant seeks review of orders revoking his probation, which stemmed from convictions for check fraud. Wyo. Stat. Ann. § 6-3-702. In both cases, Appellant admitted he violated his probation, based on being charged with additional offenses. Following the probation revocations, the district court imposed the underlying three to five-year sentences. In S-22-0187 and S-22-0188, Appellant seeks review of two convictions for burglary. Wyo. Stat. Ann. § 6-3-301. Appellant entered unconditional guilty pleas to those charges. The district court imposed a five to seven-year sentence on each count. The district court ordered all four sentences be served concurrently.

[¶2]    On September 8, 2022, Appellant's court-appointed appellate counsel e-filed Motions to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court subsequently entered orders granting extensions of time to file *pro se* briefs. This Court ordered that, on or before October 24, 2022, Appellant was permitted to file with this Court *pro se* briefs specifying the issues he would like the Court to consider in these appeals. This Court also provided notice that, after the time for filing *pro se* briefs expired, this Court would make its ruling on counsel's motions to withdraw and, if appropriate, make a final decision on these appeals. In dockets

S-22-0186, S-22-0187, and S-22-0188, Appellant did not file a *pro se* brief or other pleading in the time allotted. In docket S-22-0185, Appellant filed an Appeal brief letter.

[¶3]    Now, following a careful review of that letter, the records, and the *Anders* briefs submitted by appellate counsel, this Court finds appellate counsel's motions to withdraw should be granted and the probation revocations and the judgments should be affirmed. It is, therefore,

[¶4]    **ORDERED** that the captioned appeals are consolidated; and it is further

[¶5]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Shane Jay Williams, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶6]    **ORDERED** that, in docket S-22-0185, the Laramie County District Court's October 19, 2021, Order Revoking Probation and Imposing Sentence be, and the same hereby is, affirmed; and it is further

[¶7]    **ORDERED** that, in docket S-22-0186, the Laramie County District Court's October 19, 2021, Order Revoking Probation and Imposing Sentence be, and the same hereby is, affirmed; and it is further

[¶8]    **ORDERED** that, in docket S-22-0187, the Laramie County District Court's October 19, 2021, Judgment and Sentence be, and the same hereby is, affirmed; and it is further

[¶9]    **ORDERED** that, in docket S-22-0188, the Laramie County District Court's October 19, 2021, Judgment and Sentence be, and the same hereby is, affirmed.

[¶10]   **DATED** this 9th day of November, 2022.

BY THE COURT:

/s/

**KATE M. FOX**
**Chief Justice**